UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRSTFIRE GLOBAL OPPORTUNITES FUND, LLC<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>GENERATION NEXT FRANCHISE BRANDS, INC. et al.<br><br>　　　　　　　　Defendants. | Case No.:  19cv2496-LAB (RBB)<br><br>**ORDER DENYING AS MOOT MOTION TO DISMISS**<br><br>**[DOCKET NUMBER 8.]** |

　　　After Plaintiff was given leave to file an amended complaint, the Defendants who had filed motions to dismiss (Docket nos. 6, 7, and 8) were given the option of having their pending motions applied to the amended complaint. (*See* Docket no. 65.)

　　　Because Defendants Lavaille Lavette and Christopher Maudlin filed a new noticed motion to dismiss (Docket no. 67), their previous motions are deemed

/ / /

/ / /

/ / /

/ / /

1

withdrawn and have been terminated. Defendant Ryan Polk's motion (Docket no. 8) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated:  August 26, 2020

Honorable Larry Alan Burns
Chief United States District Judge