MICHAEL G. KING (SBN 145477)
THOMAS H. CASE (SBN 116660)
HENNELLY & GROSSFELD LLP
4640 Admiralty Way, Suite 850
Marina del Rey, CA 90292
Telephone: (310) 305-2100
Facsimile: (310) 305-2116
mking@hgla.com
tcase@hgla.com

Attorneys for Plaintiff
FIRSTFIRE GLOBAL OPPORTUNITIES FUND, LLC

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRSTFIRE GLOBAL OPPORTUNITIES FUND, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS YATES; RYAN POLK; CHRISTOPHER MAUDLIN; LAVAILLE LAVETTE; THOMAS MCCHESNEY; ARTHUR BUDMAN; ANTHONY MAURIELLO; and TABITHA BURKE,<br><br>Defendants. | Case No.: 3:19-Cv-02496-LAB-RBB<br><br>**PLAINTIFF FIRSTFIRE GLOBAL OPPORTUNITIES FUND, LLC'S STATEMENT OF NO OPPOSITION TO DEFENDANT THOMAS MCCHESNEY'S MOTION TO DISMISS**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Judge:      Judge Larry A. Burns<br>Date:        November 9, 2020<br>Time:       11:15 a.m. (PDT)<br>Courtroom: 14A<br><br>Action Filed:  December 30, 2019<br>FAC Filed:    August 11, 2020<br>Trial Date:    Not Set |

**TO THE ABOVE-NAMED COURT AND TO PARTIES AND ATTORNEYS OF RECORD:**

{00359251 }

1

PLAINTIFF'S STATEMENT OF NO OPPOSITION TO
DEFENDANT MCCHESNEY'S MOTION TO DISMISS

**PLEASE TAKE NOTICE THAT** the Plaintiff, FirstFire Global Opportunities Fund, LLC ("FirstFire"), hereby respectfully submits that it does not oppose the Motion to Dismiss filed by Defendant Thomas McChesney ("McChesney") (the "Motion to Dismiss").

Respectfully Submitted,

Dated: October 23, 2020

/s/ Thomas H. Case
Michael G. King, Esq.
Thomas H. Case, Esq.
HENNELLY & GROSSFELD LLP
mking@hgla.com / tcase@hgla.com

*Attorneys for Plaintiff, FirstFire Global Opportunities Fund LLC*

OF COUNSEL:

Philip M. Giordano, Esq.
Thomas A. Bockhorst, Esq.
Sophia E. Kyziridis, Esq.
Giordano & Company, P.C.
REED & GIORDANO, P.A.
47 Winter Street, Suite 800
Boston, Massachusetts 02108-4774
Telephone: (617) 723-7755
Facsimile: (617) 723-7756
Email: pgiordano@reedgiordano.com
Email: tbockhorst@reedgiordano.com
Email: skyziridis@reedgiordano.com

*For Plaintiff, FirstFire Global Opportunities Fund LLC*

{00359251}

2

PLAINTIFF'S STATEMENT OF NO OPPOSITION TO
DEFENDANT MCCHESNEY'S MOTION TO DISMISS

# PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 4640 Admiralty Way, Suite 850, Marina del Rey, California, 90292.

On October 23, 2020, I served the following document(s):

**PLAINTIFF FIRSTFIRE GLOBAL OPPORTUNITIES FUND, LLC'S STATEMENT OF NO OPPOSITION TO DEFENDANT THOMAS MCCHESNEY'S MOTION TO DISMISS**

on the interested parties in this action as indicated below or on the attached service list, together with this declaration, as follows:

| | |
|---|---|
| Jessica L. Mackaness, Esq.<br>MACKANESS & IDETA, LLP<br>3702 4th Avenue<br>San Diego, CA 92103<br>P: (619) 359-8700<br>F: (619) 359-8719<br>jmackaness@mackdeta.com | Co-Counsel for Plaintiff<br>FirstFire Global Opportunities Fund, LLC<br><br>(Served via Email and CM/ECF) |
| Philip M. Giordano, Esq.<br>Thomas A. Bockhorst, Esq.<br>Giordano & Company, P.C.<br>REED & GIORDANO, P.A.<br>47 Winter Street, Suite 800<br>Boston, Massachusetts 02108-4774<br>P: (617) 723-7755<br>F: (617) 723-7756<br>pgiordano@reedgiordano.com<br>tbockhorst@reedgiordano.com | Co-Counsel for Plaintiff<br>FirstFire Global Opportunities Fund, LLC<br>(Appearing Pro Hac Vice)<br><br>(Served via Email and CM/ECF) |
| Nicholas Yates<br>888 West E Street, Apt. 704<br>San Diego, CA  92101 | Defendant<br><br>(Served via FedEx) |
| S. Christopher Yoo, Esq.<br>Jacob M. Clark, Esq. | Attorneys for Defendant<br>Ryan Polk |

{00359251}

3

PLAINTIFF'S STATEMENT OF NO OPPOSITION TO
DEFENDANT MCCHESNEY'S MOTION TO DISMISS

| | |
|---|---|
| AlvaradoSmith<br>1 MacArthur Place, Suite 200<br>Santa Ana, CA 92707<br>P: 714.852.6800<br>F: 714.852.6899<br>cyoo@alvaradosmith.com<br>jclark@AlvaradoSmith.com<br>vdelgado@alvaradosmith.com | (Served via Email and CM/ECF) |
| Christopher Maudlin<br>1568 Highland Drive<br>Solana Beach, CA 92075<br>P: (619) 203-7348<br>Chris.maudlin@gmail.com | Defendant<br>Pro Se<br><br>(Served via FedEx and Email) |
| Lavaille Lavette<br>2623 Sweet Wind Drive<br>Pearland, TX 77584-3744<br>P: (713) 539-4391<br>Lavaille2@aol.com | Defendant<br>Pro Se<br><br>(Served via FedEx and Email) |
| Lawrence J. Hilton, Esq.<br>ONE LLP<br>4000 MacArthur Boulevard<br>East Tower, Suite 500<br>Newport Beach, CA 92660<br>P: (949) 502-2870<br>F: (949) 258-5081<br>lhilton@onellp.com | Attorneys for Defendant<br>Thomas McChesney<br><br>(Served via Email and CM/ECF) |

( X ) (Via CM/ECF)

(X) (By FedEx as noted above) I deposited in a box or other facility regularly maintained by FedEx or Overnite Express, an express service carrier, or delivered to a courier or driver authorized by said express carrier to receive documents, a copy of the above named document(s).

(X ) (By E-Mail as noted above) I caused the above-referenced document(s) to be transmitted by e-mail from my electronic address mpalka@hgla.com to the interested parties at the appropriate e-mail addresses as listed above. I did not receive, with a

{00359251 }

4

PLAINTIFF'S STATEMENT OF NO OPPOSITION TO
DEFENDANT MCCHESNEY'S MOTION TO DISMISS

reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

( X ) (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that foregoing is true and correct.

    Executed on October 23, 2020, at Marina del Rey, California.

*Melissa Palka*
Melissa Palka

{00359251 }

5

PLAINTIFF'S STATEMENT OF NO OPPOSITION TO
DEFENDANT MCCHESNEY'S MOTION TO DISMISS