S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
JACOB M. CLARK (CA Bar No. 266630)
jclark@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel:  (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
RYAN POLK

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FIRSTFIRE GLOBAL OPPORTUNITIES FUND, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>GENERATION NEXT FRANCHISE BRANDS, INC.; NICHOLAS YATES; RYAN POLK; CHRISTOPHER MAUDLIN; LAVAILLE LAVETTE; THOMAS McCHESNEY; ANTHONY MAURIELLO; TABITHA BURKE; AND DOES 1 THROUGH 25, INCLUSIVE,<br><br>        Defendants. | **CASE NO.:** 3:19-cv-02496-TWR-RBB<br><br>**JUDGE:**    Judge  Todd W. Robinson<br><br>**DEFENDANT RYAN POLK'S OPPOSITION TO PLAINTIFF FIRSTFIRE GLOBAL OPPORTUNITIES FUND, LLC'S MOTION TO VOLUNTARY DISMISS COUNT VI AND COUNT VII FROM THE FIRST AMENDED COMPLAINT**<br><br>**DATE:**    December 7, 2020<br>**TIME:**    11:15 a.m.<br>**CRTRM:**<br><br><br>**ACTION FILED:** December 30, 2019 |

Defendant Ryan Polk ("Polk") respectfully submits his Opposition to the Motion to

Voluntarily Dismiss Count VI and Count VII from the First Amended Complaint of plaintiff

FirstFire Global Opportunities Fund, LLC ("Plaintiff").

///

///

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

**I.** **PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS COUNTS VI AND VII FROM THE FIRST AMENDED COMPLAINT SHOULD BE DENIED AND POLK'S MOTION TO DISMISS SAID COUNTS SHOULD BE GRANTED**

By means of this Motion, Plaintiff is requesting the Court to dismiss its claims for Unjust Enrichment (Count VI) and Breach of Fiduciary Duty (Count VII) based upon a stipulation that Plaintiff entered into with the bankruptcy trustee in the bankruptcy petition *In re: Generation Next Franchise Brands, Inc.* in the United States Bankruptcy Court for the District of Nevada, Case No. 19-17921-MKN.  However, these counts are the subject of Polk's Motion to Dismiss the First Amended Complaint ("Motion to Dismiss"), which was filed on or about August 25, 2020.  *See* Court's Dkt. No. 68.  The Motion to Dismiss has already been fully briefed and taken under submission.  For the reasons stated in Polk's Motion to Dismiss and his reply thereto (Court's Dkt. No. 81), the counts for the unjust enrichment and breach of fiduciary should be dismissed with prejudice because Plaintiff cannot state said claims against Polk or can be amended to state such claims.

Accordingly, Polk respectfully requests that the Court denies Plaintiff's Motion to voluntarily dismiss Counts VI and VII without prejudice.

DATED:  November 20, 2020

ALVARADOSMITH
A Professional Corporation


By:   /s/ S. Christopher Yoo
          S. CHRISTOPHER YOO
          JACOB M. CLARK
          Attorneys for  Defendant
          RYAN POLK

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA