

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FirstFire Global Opportunities Fund, LLC

**Plaintiff,**

V.

Nicholas Yates, Ryan Polk, Christopher Maudlin, Lavaille Lavette, Arthur Budman,

**Defendant.**

**Civil Action No.**  19-cv-02496-JO-RBB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant's motion to dismiss is granted for lack of prosecution. The case is dismissed with prejudice under Federal Rule of Civil Procedure 41(b).

**Date:**        8/25/22

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy